KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.          #6013
R. Todd Creer                 #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY J. ROBERTSON,                    )    Case No. 2:10-cv-00303-RCJ-LRL
                                         )
                        Plaintiff,       )
                                         )    **INDEX OF EXHIBITS TO**
vs.                                      )    **DEFENDANT'S PARTIAL MOTION**
                                         )    **TO DISMISS**
WYNN LAS VEGAS, LLC, a limited liability )
company,                                 )
                                         )
                                         )
                        Defendant.       )
_____)

**Description**                                              **Exhibit**

June 26, 2009 Order............................................................................................. 1

# EXHIBIT 1

# EXHIBIT 1

1  | **ORD**
2  | KAMER ZUCKER ABBOTT
   | Edwin A. Keller, Jr.    #6013
   | Bryan J. Cohen          #8033

**FILED**

**JUN 26  9 49 AM '09**

3  | 3000 West Charleston Boulevard, Suite 3
   | Las Vegas, Nevada 89102-1990
4  | Tel: (702) 259-8640
   | Fax: (702) 259-8646
5  |
6  | Attorneys for Defendant
   | Wynn Las Vegas, LLC

7

8                          DISTRICT COURT

9                     CLARK COUNTY, NEVADA

10 | ARIEL LEON, an individual,              )
   |                                         )   CASE NO.  A578566
11 |                       Plaintiff,        )
   |                                         )   DEPT NO.  XXIV
12 | vs.                                     )
   |                                         )   **ORDER REGARDING**
13 | WYNN LAS VEGAS, LLC, a Nevada limited   )   **DEFENDANT'S PARTIAL MOTION**
   | liability company; DOES 1 through 10,   )   **TO DISMISS**
14 | inclusive; ROE CORPORATIONS 1 through   )
   | 10, inclusive;                          )   **Hearing Date: April 15, 2009**
15 |                                         )
   |                       Defendants.       )   **Hearing Time: 9:00 a.m.**
16 |_____)

17        On April 15, 2009, this Court held a hearing on Defendant's Partial Motion to Dismiss.

18 The Court having considered the pleadings and arguments by counsel, and good cause appearing.

19        IT IS ORDERED that Plaintiff's claim for negligent hiring, negligent training and

20 supervision and negligent retention is HEREBY DISMISSED WITHOUT PREJUDICE.  The

21 Court finds that a common law claim for negligent hiring, training, and supervision may be

22 predicated only on common law causes of action or duties otherwise imposed by the common

23 law.  Allegations that an Employer negligently failed to prevent or remedy race/national origin

24 discrimination and/or related retaliation pertain to an alleged breach of a statutory duty under

25 Nevada's anti-discrimination laws not a duty under the common law.  See Griffin v. Acacia Life

26 Ins. Co., 925 A.2d 564, 575-78 (D.C. 2007).  As pled, Plaintiff's negligent hiring, negligent

27 training and supervision and negligent retention claim is predicated only upon statutory duties

28 under Nevada's anti-discrimination laws and not duties owed under common law; thus dismissal

1  of this claim is warranted under NRCP 12(b)(5). This is not to say that a claim for negligent

2  hiring, training, and supervision cannot be based on misconduct independently actionable under

3  a common law tort theory or pertain to a duty imposed by common law, which may also be

4  grounds for a statutory claim under Nevada's anti-discrimination laws, such as assault, battery or

5  an employer's negligence in not preventing assault and battery given information it knew or

6  reasonably should have known. See id. Thus, should facts exist to support an allegation of

7  misconduct independently actionable under a common law tort theory or pertain to a duty

8  imposed by common law, Plaintiff may file an amended Complaint to allege negligent hiring,

9  training, and supervision premised on the same within thirty (30) days of this Order.

10          IT IS FURTHER ORDERED that Plaintiff's cause of action for punitive damages is also

11  HEREBY DISMISSED WITH PREJUDICE. Punitive damages are a remedy and not an

12  independent cause of action. Plaintiff will not be precluded from seeking punitive damages

13  under any cause of action providing for such a remedy.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    The Court HEREBY CONTINUES Defendant's Motion with respect to Plaintiff's

2  request for declaratory and/or injunctive relief. Although the Court is persuaded that declaratory

3  relief in this case is not available as a matter of law given the Nevada Supreme Court's decision

4  in Baldonado v. Wynn Las Vegas, LLC, 194 P.3d 96 (Nev. 2008), in which the Court recognized

5  that such relief is not appropriate when other statutory remedies are available, the Court will

6  allow Plaintiff some latitude in establishing an acceptable basis for declaratory relief.

7  Accordingly, IT IS HEREBY ORDERED that Defendant's Motion with respect to Plaintiff's

8  claim for declaratory and/or injunctive relief be continued for six (6) months, at which time the

9  Court will entertain any new arguments by Plaintiff and any response to the same by Defendant

10  and decide whether Plaintiff's request for declaratory relief should be dismissed.

11    IT IS SO ORDERED.

12

13  _____          JAMES M. BIXLER

14  DATE                                DISTRICT COURT JUDGE

15  Submitted by:
   KAMER ZUCKER ABBOTT,

16

17  By: _____
      Edwin A. Keller, Jr.    #6013
18    Bryan J. Cohen       #8033
19    3000 West Charleston Boulevard, Suite 3
      Las Vegas, Nevada 89102-1990
20    Tel:   (702) 259-8640
      Fax:   (702) 259-8646
21    Attorneys for Defendant

22  Approved as to form and content by:
23  ESTEBAN-TRINIDAD LAW, P.C.

24  By: _____
25    M. Lani Esteban-Trinidad    #6967
      4315 North Rancho Drive, Suite 110
26    Las Vegas, Nevada 89130
      Tel:   (702) 736-5297
27    Fax:   (702) 736-5299
28    Attorney for Plaintiff

KAMER ZUCKER ABBOTT   Attorneys at Law
3000 West Charleston Boulevard, Suite 3 · Las Vegas, NV 89102 · (702) 259-8640