# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### * * *

GREGORY J. ROBERTSON,     )
                             )
        Plaintiff,     )
                             )     2:10-cv-00303-GMN-LRL
v.                          )
                             )     **O R D E R**
WYNN LAS VEGAS, LLC,     )
                             )
        Defendant.     )
_____)

Before the court is plaintiff's request for additional time to retain new counsel (#37).  The court has considered the request and defendant's Limited Opposition (#38).  For good cause shown,

IT IS ORDERED that plaintiff's request for additional time to retain counsel (#37) is granted as follows: plaintiff shall retain new counsel by February 4, 2011.  On or before February 4, 2011 *either* plaintiff's new counsel shall file a notice of appearance *or* plaintiff shall file a memorandum indicating that he has not retained new counsel.

IT IS FURTHER ORDERED that the requests set forth in defendant's Limited Opposition (#38) are granted to the following extent only: the prohibition against purging, cleansing, or altering any files or other contents of plaintiff's computer pertaining to plaintiff's employment at Wynn and/or the digital recordings made at Wynn shall remain in effect pending further order of the court.

IT IS FURTHER ORDERED that discovery shall be stayed pending further order of the court.

DATED this 3rd day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**