KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.   #6013
R. Todd Creer          #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY J. ROBERTSON, | ) | Case No. 2:10-cv-00303-GMN-LRL |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WYNN LAS VEGAS, LLC, a limited liability company, | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gregory J. Robertson, in proper person, and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through its counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Pursuant to this Stipulation, the parties also expressly agree that: (1) no party shall be considered or claim to be a "prevailing party" as that term is used in any statutory or contractual provision pertaining to attorney's fees, costs and awards; (2) Wynn waives any other rights it has to recover its reasonable attorney's fees and costs from Plaintiff; and (3) for all other respects, each party will bear his/its own attorneys' fees and costs.

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees.

DATED this 31 day of Mar, 2011.

KAMER ZUCKER ABBOTT

By: _____
Gregory J. Robertson
304 4th Street
Frederick, South Dakota 57441

Plaintiff

By: _____
Edwin A. Keller, Jr.   #6013
R. Todd Creer            #10016
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702 259-8646

Attorneys for Defendant

### ORDER

**IT IS SO ORDERED** this 4th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

KAMER ZUCKER ABBOTT   *Attorneys at Law*