2:10-CV-0303

IN THE SUPREME COURT OF THE STATE OF NEVADA

| WYNN LAS VEGAS, LLC,<br>Appellant,<br>    vs.<br>GREGORY J. ROBERTSON,<br>Respondent. | No. 56596<br>**FILED**<br>AUG 2 6 2011<br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER WITHDRAWING ACCEPTANCE OF CERTIFIED QUESTION

On May 13, 2011, this court issued an order directing respondent to show cause why this court should not dismiss this proceeding. To date, respondent has failed to respond to this court in any way. Accordingly, we withdraw acceptance of the certified question and ORDER this matter DISMISSED.

_____, C.J.
Douglas

_____, J.        _____, J.
Cherry                      Saitta

_____, J.        _____, J.
Gibbons                     Pickering

_____, J.        _____, J.
Hardesty                    Parraguirre

cc: Hon. Gloria M. Navarro, U.S. District Judge
    Kamer Zucker Abbott
    Nelson Law
    Clerk, U.S. District Court for District of Nevada



SUPREME COURT OF NEVADA
OFFICE OF THE CLERK
201 S. Carson Street, Suite 201
Carson City, Nevada 89701

Address Service Requested

CLERK, U.S. DISTRICT COURT, LAS VEGAS
333 LAS VEGAS BLVD SO., RM. 1334
LAS VEGAS NV 89101